Jerry Budin
State Bar No. 88539
**Law Office of Jerry Budin**
2401 E. Orangeburg Ave., Suite 675-309
Modesto, CA  95355
Tel: 209-544-3030

Attorney for Plaintiff FERNANDO MONDRAGON.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MONDRAGON, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>VERMEER TRANSPORT, et al.,<br><br>　　　　　Defendants. | Case No. CV 08-3466 PJW<br><br>[PROPOSED] ORDER  RE: STIPULATION FOR DISMISSAL WITH PREJUDICE |

### **[PROPOSED] ORDER**

Based on the foregoing Stipulation of counsel for the Parties, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice as to the defendants VERMEER TRANSPORT and CHRISTOPHER VERMEER and the case is closed.

**IT IS SO ORDERED**.

DATED:    September 20, 2010          _____

　　　　　　　　　　　　　　　　　　　Patrick J. Walsh
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge